**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELL TECHNOLOGIES INC. and DELL INC., <br><br> Plaintiffs/Movants, <br><br> v. <br><br> LINDSEY BROWN, <br><br> Defendant/Respondent. | Miscellaneous Case No. _____ <br><br> RE: *EireOg Innovations Ltd. v. Dell Technologies Inc. et al.*, Case No. 24-CV-00416-ADA; in the United States District Court for the Western District of Texas |

### DECLARATION OF DAVID M. HOFFMAN IN SUPPORT OF DELL'S MOTION AND BRIEF TO ENFORCE SUBPOENA TO NONPARTY LINDSEY BROWN

I, David M. Hoffman, declare as follows:

1. I am a principal at the law firm of Fish & Richardson, P.C., counsel for Defendants Dell Technologies Inc. and Dell Inc. (collectively "Dell") in this matter. I submit this declaration in support of Dell's Motion and Brief to Enforce Subpoena to Nonparty Lindsey Brown.

2. I make this declaration based on my personal knowledge and if called to testify to the contents hereof, I could and would competently do so.

3. The present motion arises from a patent litigation dispute between EireOg Innovations Ltd. ("EireOg") and Dell in the United States District Court for the Western District of Texas, *EireOg Innovations Ltd. v. Dell Technologies Inc. et al.*, Case No. 1:24-cv-00416 filed on April 19, 2024.

1

**EXHIBIT 1**

**EXHIBIT 1**

4. Attached hereto as **Exhibit 2** is a true and correct copy of Dell's Notice of Deposition of Lindsey Brown, dated September 11, 2025. Dell's Notice of Deposition was served on EireOg in the underlying litigation pursuant to Rule 30 of the Federal Rules of Civil Procedure.

5. In response to Dell's Notice of Deposition, counsel for Lindsey Brown requested to meet and confer, as seen on page 2 of Exhibit 4. Counsel for the parties met and conferred on September 18, 2025. There, counsel for EireOg refused to provide Ms. Brown for deposition on the bases of privilege and that Ms. Brown was a nonparty who therefore required a subpoena to compel a deposition. Counsel for EireOg also refused to provide Ms. Brown's communications with David Kramer and any other non-party inventors on the same grounds.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Dell's first Rule 45 subpoena for testimony and production on Lindsey Brown, dated September 29, 2025.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the email exchange between counsel for Dell and counsel for Lindsey Brown regarding Dell's Notice of Deposition and Dell's first Rule 45 subpoena.

8. Attached hereto as **Exhibit 5** is a true and correct copy of Lindsey Brown's Objections and Responses to Dell's first Rule 45 subpoena, dated October 9, 2025.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Dell's second Rule 45 subpoena for testimony and production on Lindsey Brown, dated November 3, 2025.

10. Attached hereto as **Exhibit 7** is a true and correct copy of the email exchange between counsel for Dell and counsel for Lindsey Brown regarding Dell's second Rule 45 subpoena.

**EXHIBIT 1**

**EXHIBIT 1**

3

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2025, in Austin, Texas.

                                          */s/ David M. Hoffman*
                                          David M. Hoffman

3

**EXHIBIT 1**