**EXHIBIT 2**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **EIREOG INNOVATIONS LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**DELL TECHNOLOGIES INC. and DELL INC.,**<br><br>Defendant. | **Civil Action No. 1:24-cv-416-ADA**<br><br>**JURY TRIAL DEMANDED** |

### DELL TECHNOLOGIES INC.'S NOTICE OF DEPOSITION OF LINDSEY BROWN

TO ALL PARTIES and THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, Dell Technologies, Inc. and Dell Inc., by and through its attorneys, will take the deposition upon oral examination of Lindsey Brown under oath and before a duly authorized notary public or other person authorized by law to administer oaths on September 26, 2025 at the law offices of Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, TX 75201. The deposition will be recorded on videotape, by real time transcription service, as well as by stenographic means. You are invited to attend and cross-examine.

**EXHIBIT 2**

**EXHIBIT 2**

| | |
|---|---|
| Dated: September 11, 2025 | Respectfully submitted,<br><br>FISH & RICHARDSON P.C.<br><br>By: */s/ David M. Hoffman*<br>David M. Hoffman<br>Texas Bar No. 24046084<br>hoffman@fr.com<br>111 Congress Avenue, Suite 2000<br>Austin, TX 78701<br>Tel: (512) 472-5070<br>Fax: (512) 320-8935<br><br>Aaron P. Pirouznia<br>Texas Bar No. 24098958<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 747-5070<br>Fax: (214) 747-2091<br><br>Jeffrey Shneidman<br>Ethan Rubin ((W.D. Tex. admission request forthcoming)<br>One Marina Park Drive, Suite 1700<br>Boston, MA 02210<br>Tel: (617) 542-5070<br>Fax: (617) 542-8906<br><br>**COUNSEL FOR DEFENDANTS,**<br>**DELL TECHNOLOGIES INC. AND DELL INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2025, the foregoing document was served electronically to all counsel of record.

*/s/ David M. Hoffman*
David M. Hoffman

**EXHIBIT 2**